UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 2:09-cr-20070

v.

                        HONORABLE PAUL D. BORMAN

JEFF GARVIN SMITH,

        Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO DELETE SURPLUSAGE
"FAT DOG" FROM THE INDICTMENT**

For the reasons stated from the bench at the hearing held on August 19, 2009.

**SO ORDERED.**

                                  S/Paul D. Borman
                                  PAUL D. BORMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  August 21, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 21, 2009.

                                  S/Denise Goodine
                                  Case Manager